# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE SEASONS HEIGHTS HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHMOND HOMES OF NEVADA, INC., <br><br> Defendants. | Case No. 2:16-cv-01816-JCM-CWH <br><br><br> **ORDER** |

Presently before the Court are Plaintiff's motions for protective order (ECF No. 6) and to stay discovery (ECF Nos. 9 and 14). Plaintiff requested that that all proceedings in this case be stayed pending the Court's resolution on Plaintiff's motion to remand. The Court has denied (ECF No. 27) this motion.

IT IS THEREFORE ORDERED that Plaintiff's motions for protective order (ECF No. 6) and to stay discovery (ECF Nos. 9 and 14) are DENIED as moot.

IT IS FURTHER ORDERED that the parties must meet and confer and file a stipulated discovery plan and scheduling order no later than January 13, 2017.

DATED: December 13, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1