PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
SEAN D. COONEY
Nevada Bar No. 12945
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-207017
Tel.: (702) 366-0622
Fax: (702) 366-0327
cjc@thorndal.com
png@thorndal.com

Attorneys for Defendant, ASPEN
MANUFACTURING HOLDINGS, INC.
fka ASPEN MANUFACTURING, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE SEASONS HOMEOWNERS ASSOCIATION, INC., Nevada nonprofit corporation, and DOE HOMEOWNERS 1 through 1000<br><br>Plaintiffs,<br><br>vs.<br><br>RICHMOND AMERICAN HOMES OF NEVADA, INC., a foreign corporation doing business in Nevada; RED ROCK MECHANICAL, LLC, a Nevada company; ASPEN MANUFACTURING HOLDINGS, INC. fka ASPEN MANUFACTURING, INC., a foreign corporation doing business in Nevada; and DOE INDIVIDUALS 1-200; and ROE BUSINESS or GOVERNMENTAL ENTITIES 1-200,<br>                    Defendants. | CASE NO. 2:16-CV-01816-JCM-CWH<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>(First Request) |

## STIPULATION AND ORDER TO EXTEND DISCOVERY
(FIRST REQUEST)

On January 17, 2017, this Court entered the Joint Discovery Plan and Scheduling Order (Doc. 36) agreed to by the parties. Since then, plaintiff has settled with defendants Richmond American Homes of Nevada, Inc. and Red Rock Mechanical, Inc. That settlement is the subject of a Joint Motion for Determination of Good Faith Settlement (Doc. 42).

Plaintiff and Defendant Aspen Manufacturing Holdings, Inc., acting by and through counsel, stipulate that the Discovery Plan and Scheduling Order (Doc. 36) be amended to reflect a new discovery cut-off date. The reason for the amendment is that analysis of recent samples taken by Aspen has been delayed due to difficulty in finding a lab capable of doing the requisite analysis. Accordingly, the Plaintiffs and Defendant Aspen hereby agree to move the discovery cut-off date **from July 5, 2017, to July 26, 2017.** All other dates remain unchanged.

Dated this 5th day of July 2017 | Dated this 5th day of July 2017

/s/ Michael Gayan
CANEPA RIEDY & ABELE
Terry Riedy, Esq.
Scott Canepa, Esq.
851 South Rampart Blvd., Suite 160
Las Vegas, Nevada 89145-4885

KEMP JONES & COULTHARD
Randall Jones, Esq.
Michael Gayan, Esq.
3800 Howard Hughes Pkwy # 1700,
Las Vegas, NV 89169
*Attorney for Plaintiffs*

/S/ Sean Cooney
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
Phillip Goodhart, Esq.
Sean D. Cooney, Esq.
1100 East Bridger Ave.
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*ASPEN MANUFACTURING HOLDINGS, INC.*
*fka ASPEN MANUFACTURING, INC.*

# ORDER ON STIPULATION AND ORDER
# TO EXTEND DISCOVERY (FIRST REQUEST)

IT IS HEREBY ORDERED that the Stipulation and Order to Extend Discovery (First Request) is granted.

_____
United States Magistrate Judge

Dated: July 6, 2017

RESPECTFULLY SUBMITTED BY:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

/s/ Sean D. Cooney, Esq
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
SEAN D. COONEY, ESQ.
Nevada Bar No. 12945
THORNDAL ARMSTRONG DELK,
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendant
ASPEN MANUFACTURING HOLDINGS, INC.
fka ASPEN MANUFACTURING, INC.